1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

PEGGY BOYNTON,

11

        Plaintiff,                   No. CIV S-11-0623 MCE EFB PS

12

      vs.

13

FEDERAL CORRECTION INSTITUTION
DUBLIN,

14

        Defendant.               ORDER TO SHOW CAUSE

15

_____/

16

      This case is before the undersigned pursuant to Eastern District of California Local Rule

17

302(c)(21). *See* 28 U.S.C. § 636(b)(1). On March 7, 2011, plaintiff filed a complaint in this

18

action and paid the filing fee. Dckt. No. 1. The same day, the court issued its initial scheduling

19

order. Dckt. No. 4. That order directed plaintiff to complete service of process within 120 days

20

(*see* Federal Rule of Civil Procedure ("Rule") 4(m)), and set a scheduling conference for July 13,

21

2011. *Id.* The order further directed the parties to file status reports no later than fourteen days

22

prior to the July 13, 2011 scheduling conference (or by June 29, 2011), and cautioned the parties

23

that failure to obey the federal or local rules or orders of the court could result in sanctions,

24

including a recommendation that the case be dismissed. *Id.*

25

      The court file reveals that plaintiff has not filed a status report, as required by the March

26

7, 2011 order, and that plaintiff has not yet effected service of process on defendant.

1

1    Accordingly, the status conference will be continued and plaintiff will be ordered to show cause

2    why this case should not be dismissed for failure to follow court orders and for failure to effect

3    service of process within the time prescribed by Rule 4(m).  Fed. R. Civ. P. 4(m); E.D. Cal. L.R.

4    110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court

5    may be grounds for imposition by the Court of any and all sanctions authorized by statute or

6    Rule or within the inherent power of the Court."); *see also* L.R. 183 ("Any individual

7    representing himself or herself without an attorney is bound by the Federal Rules of Civil or

8    Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir.

9    1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").  Failure

10   to timely comply with this order may result in sanctions, including a recommendation that this

11   action be dismissed for lack of prosecution.

12          Accordingly, IT IS HEREBY ORDERED that:

13          1.  The status conference currently scheduled for July 13, 2011, is continued to October

14   26, 2011, at 10:00 a.m., in Courtroom No. 24.

15          2.  Plaintiff shall show cause, in writing, on or before October 12, 2011, why sanctions

16   should not be imposed for failure to follow court orders and, if service was not effected by July

17   5, 2011, for failure to effect service of process within the time prescribed by Rule 4(m).

18          3.  Also by October 12, 2011, the parties shall file status reports (or a joint status report)

19   setting forth the matters referenced in the court's March 7, 2011 order, including the status of

20   service of process.

21          4.  Failure of plaintiff to comply with this order may result in a recommendation that this

22   action be dismissed for failure to follow court orders, for failure to effect service of process

23   within the time prescribed by Rule 4(m), and/or for lack of prosecution under Rule 41(b).

24          SO ORDERED.

25   DATED:  July 1, 2011.

                                        EDMUND F. BRENNAN
26                                      UNITED STATES MAGISTRATE JUDGE