IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEGGY BOYNTON,

    Plaintiff,                          No. CIV S-11-0623 MCE EFB PS

    vs.

FEDERAL CORRECTION INSTITUTION DUBLIN,

    Defendant.                      ORDER
_____/

    This case, in which plaintiff was originally proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On March 7, 2011, plaintiff filed a complaint in this action and paid the filing fee. Dckt. No. 1. The same day, the court issued its initial scheduling order. Dckt. No. 4. Among other things, that order directed plaintiff to complete service of process within 120 days (*see* Federal Rule of Civil Procedure ("Rule") 4(m)), set a scheduling conference for July 13, 2011, and directed the parties to file status reports no later than fourteen days prior to the July 13, 2011 scheduling conference (or by June 29, 2011). *Id.*

    On July 1, 2011, because plaintiff had not filed a status report, as required by the March 7 order, and had not yet effected service of process on defendant, the undersigned issued an order continuing the status conference and directing plaintiff to show cause why this case should not

1

1  be dismissed for failure to follow court orders and for failure to effect service of process within
2  the time prescribed by Rule 4(m).  Dckt. No. 11.

3  However, also on July 1, 2011, attorney Ronald Carter filed a notice of appearance on
4  plaintiff's behalf and a status report.  Dckt. Nos. 9, 10.  In light of those filings, the July 1, 2011
5  order to show cause will be discharged.  Additionally, because plaintiff is now represented by
6  counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back
7  to the district judge.  Therefore, the October 26, 2011 status (pretrial scheduling) conference
8  currently scheduled before the undersigned, Dckt. No. 11, will be vacated.  The magistrate judge
9  shall continue to perform the usual discovery tasks associated with ordinary civil cases.

10  Accordingly, IT IS HEREBY ORDERED that:

11  1. The July 1, 2011 order to show cause is discharged;

12  2. The referral of this case to the magistrate judge is withdrawn and the case is referred
13  back to the district judge; and

14  3. The October 26, 2011 status (pretrial scheduling) conference before the undersigned,
15  Dckt. No. 11, is vacated.

16  SO ORDERED.

17  DATED: July 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2