IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>    Counter-claimant,<br><br>    v.<br><br>PEGGY BOYNTON,<br><br>    Counter-defendant.<br>_____ | Case No. 2:11-CV-00623-MCE-EFB<br><br>ORDER FOR REFERRAL TO VOLUNTARY<br>DISPUTE RESOLUTION PROGRAM<br>PURSUANT TO STIPULATION |

   The parties' Stipulation for Referral to Voluntary Dispute Resolution Program is hereby APPROVED.

   Accordingly, IT IS ORDERED that:

   1. This case shall be referred to the Court's Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271.

   2. The VDRP process shall be completed within 60 days of the selected Neutral's notification of his or her willingness to serve as Neutral for the action.

3. The pretrial schedule, including the disclosure of experts and discovery cutoff, shall be stayed until the VDRP session is concluded.

4. No later than fourteen (14) days after the VDRP session has been concluded, the parties must, pursuant to Local Rule 271(o)(1), jointly file the Parties' Joint VDRP Completion Report in which they report the following:

(A) whether the action in its entirety was resolved or settled during the VDRP session, and if so, when a request for dismissal will be filed;

(B) if the action in its entirety was not resolved or settled, whether any resolution, stipulation, or agreement was reached on any part of the action, including but not limited to any stipulation or agreement regarding facts, issues, procedures, or claims; and

(C) the current status of the action, including an update, as appropriate, on the subjects set forth in Local Rule 240.

IT IS SO ORDERED.

Dated: October 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE