PEGGY BOYNTON
1718 Cocomo Place
Manteca, CA 95337
Telephone:    (209) 923-4851

Plaintiff/Counter-Defendant *in Pro Se*

BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900

Attorneys for Defendant/Counter-Claimant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No.  2:11-cv-00623 MCE EFB<br><br>STIPULATION AND [~~proposed~~] ORDER TO EXTEND DEADLINE TO FILE JOINT VDRP COMPLETION REPORT |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Counter-Claimant,<br><br>　　v.<br><br>PEGGY BOYNTON,<br><br>　　　　　　Counter-Defendant. | |

Stipulation re Joint VDRP Completion Report　　　　　1

Plaintiff/Counter-Defendant Peggy Boynton, *in pro se*, and Defendant/Counter-Claimant United States of America, through its undersigned counsel, hereby agree and stipulate, subject to the Court's approval, as follows:

1. Pursuant to the Court's order filed May 24, 2013, the parties are to submit a Joint VDRP Completion Report within fourteen days of completion of the VDRP session. Doc. #42.

2. The VDRP session was held on August 29, 2013, with mediator Stephen Cole, and no settlement resulted. The Joint VDRP Completion Report is due by no later than September 12, 2013.

3. Plaintiff was out of town and unavailable from August 31 through September 6, 2013, thus the parties were unable to confer on the joint report during that time period.

4. On September 6, 2013, counsel for defendant sent plaintiff a draft joint report, which included a proposed pretrial and trial schedule. Plaintiff, however, needs time to review her case file and compile other personal documents to confirm that the pretrial and trial dates that the parties propose do not conflict with previously scheduled personal matters, including medical procedures. Plaintiff requests the deadline for filing of the joint report be extended to September 23, 2013.

5. Accordingly, subject to the Court's approval, the parties agree to extend the deadline for filing of the Joint VDRP Completion Report to September 23, 2013.

IT IS SO STIPULATED.

DATED: September 10, 2013

Plaintiff has reviewed and approved this stipulation and by telephone gave defense counsel her authorization to file it

_____
PEGGY BOYNTON
Plaintiff/Counter-Defendant *In Pro Se*

DATED: September 10, 2013

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Bobbie J. Montoya*
_____
BOBBIE J. MONTOYA
Assistant U.S. Attorney

Attorneys for Defendant/Counter-Claimant United States of America

Stipulation re Joint VDRP Completion Report        2

ORDER

The Court hereby APPROVES the foregoing stipulation between the parties. Accordingly, the deadline for the parties to file their Joint VDRP Completion Report is extended to September 23, 2013. No further extensions will be granted in this regard.

IT IS SO ORDERED.

DATED: September 11, 2013.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE