UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON, | No. 2:11-cv-623-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL CORRECTION INSTITUTION DUBLIN, | |
| Defendant. | |

This case, in which plaintiff was proceeding *in propria persona*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On December 6, 2013, attorney Mark Gallagher filed a motion to be substituted in as attorney of record for plaintiff. On December 18, 2013, the assigned district judge approved the substitution.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

Dated: December 18, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE