Mark T. Gallagher, Esq. SBN: 180514
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
916/608-7995 Tel.
916/608-7986 Fax

Attorney for Plaintiff
PEGGY BOYNTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 2:11-cv-00623-MCE-EFB<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF AND EXPERT DISCLOSURE DATES AND ORDER THEREON** |
| UNITED STATES OF AMERICA,<br><br>          Counter-Claimant,<br><br>     v.<br><br>PEGGY BOYNTON,<br><br>          Counter-Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to the above-captioned action through their respective attorneys of record as follows:

To extend the deadline for expert disclosure to May 31, 2014, and the discovery cutoff date to June 30, 2014.  The parties further stipulate that the dispositive motion cutoff be extended to September 30, 2014.  The final pretrial conference on November 13, 2014 and trial date of January 5, 2015 to remain as calendared.   Good cause exists to grant the stipulation because Plaintiff's counsel very recently substituted into this matter. It appears that no discovery has been conducted, and counsel's

1
Substitution of Attorney

attempts to retrieve the case file from Plaintiff's former attorney have been unsuccessful. Based on the foregoing, the parties respectfully request that the court grant the above-referenced extensions of the discovery cut-off and expert disclosure dates.

    SO STIPULATED

Dated: December 12, 2013                **UNITED STATES ATTORNEY**

                                     By:    /s/ Bobbie J. Montoya
                                                 Bobbie J. Montoya
                                                 Attorneys for Defendant
                                                 United States of America

Dated: December 12, 2013                **CABLE GALLAGHER**

                                     By:    /s/ Mark T. Gallagher
                                             Mark T. Gallagher
                                             Attorney for Plaintiff
                                             Peggy Boynton

    The parties' stipulated request for an extension of discovery dates is GRANTED, and an amended Pretrial Scheduling Order setting all relevant dates will issue shortly.

    **IT IS SO ORDERED.**

**Dated:  December 31, 2013**

                              _____
                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                              UNITED STATES DISTRICT COURT