Mark T. Gallagher, Esq. SBN: 180514
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
916/608-7995 Tel.
916/608-7986 Fax

Attorney for Plaintiff
PEGGY BOYNTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>UNITED STATES OF AMERICA,<br><br>        Counter-Claimant,<br><br>    v.<br><br>PEGGY BOYNTON,<br><br>        Counter-Defendant. | Case No. 2:11-cv-00623-MCE-EFB<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMETS RE: SETTLEMENT; ORDER** |

    On August 14, 2014, this Court issued a minute order that all dispositional documents regarding settlement of this case were to be filed by not later than October 14, 2014.  Both counsel for Plaintiff and counsel for the United States of America request an extension of 30 days for the filing of the dispositional documents.

    Shortly after agreeing to the settlement of this case, Plaintiff Peggy Boynton traveled to North Carolina to visit a sick relative.  While there, Ms. Boynton herself suffered a serious injury and was

1
Request for Extension; Order

hospitalized. Ms. Boynton does not use a cell phone or email and, as a result, essentially lost contact with counsel for a lengthy period of time and was unable to finalize the settlement. Ms. Boynton remains in North Carolina but is now able to communicate with her counsel via United States mail.

All parties remain committed to the agreed upon terms of settlement of this case, but request an additional 30 days to file the dispositional documents as a result of Ms. Boynton's circumstances. Counsel for the United States in this matter, Bobbie J. Montoya, has agreed to the requested extension.

Dated: October 15, 2014                **CABLE GALLAGHER**

                                       By:    /s/ Mark T. Gallagher
                                              Mark T. Gallagher
                                              Attorney for Plaintiff
                                              Peggy Boynton

### ORDER

Good cause appearing, Plaintiff Peggy Boynton's request for an extension to file dispositional documents is GRANTED. Not later than thirty (30) days after the date this Order is filed electronically, the parties are ORDERED to submit dispositional documents. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT