Mark T. Gallagher, Esq. SBN: 180514
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
916/608-7995 Tel.
916/608-7986 Fax

Attorney for Plaintiff
PEGGY BOYNTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:11-cv-00623-MCE-EFB<br><br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMETS RE: SETTLEMENT and ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>PEGGY BOYNTON,<br><br>　　　　Counter-Defendant. | |

On August 14, 2014, this Court issued a minute order that all dispositional documents regarding settlement of this case were to be filed by not later than October 14, 2014.  Both counsel for Plaintiff and counsel for the United States of America requested an extension of 30 days for the filing of the dispositional documents.  Unfortunately, despite the efforts of Ms. Boynton's counsel, he has been

1
Stipulation

unable to communicate with her or obtain her signature on the settlement documents.  As a result, an additional 30 day extension is hereby requested.

Shortly after agreeing to the settlement of this case, Plaintiff Peggy Boynton traveled to North Carolina to visit a sick relative.  While there, Ms. Boynton herself suffered a serious injury and was hospitalized.  Ms. Boynton does not use a cell phone or email and, as a result, essentially lost contact with counsel for a lengthy period of time and was unable to finalize the settlement.  Ms. Boynton remains in North Carolina but is now able to communicate with her counsel via United States mail.  It was anticipated that a 30 day extension would provide enough time to have the settlement agreement signed.  During this 30 period no communications have been received from Ms. Boynton.  It is hoped that an additional 30 days will provide enough time to communicate with Ms. Boynton to have the settlement documents signed.

All parties remain committed to the agreed upon terms of settlement of this case, but request an additional 30 days, to December 29, 2014, to file the dispositional documents as a result of Ms. Boynton's circumstances.

SO STIPULATED

Dated: November 26, 2014                    **UNITED STATES ATTORNEY**

                                            By:    /s/ Bobbie J. Montoya____
                                                   Bobbie J. Montoya
                                                   Attorneys for Defendant
                                                   United States of America

Dated: November 26, 2014                                           **CABLE GALLAGHER**


                                              By:      /s/ Mark T. Gallagher
                                                       Mark T. Gallagher
                                                       Attorney for Plaintiff
                                                       Peggy Boynton

**IT IS SO ORDERED.**

Dated: December 1, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT