UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON, | No. 2:11-cv-0623-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

The United States' application for entry of default judgment against plaintiff and counter-defendant Peggy Boynton came on regularly for hearing before the magistrate judge on May 27, 2015. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On March 10, 2016, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 98. No objections were filed.

///

///

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS
3 | HEREBY ORDERED that:
4 |     1. The Findings and Recommendations filed March 10, 2016 (ECF No. 98) are
5 |        ADOPTED IN FULL; and
6 |     2. The United States' motion for default judgment (ECF No. 73) is DENIED.
7 |     IT IS SO ORDERED.
8 | Dated:  March 29, 2016

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT