UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON, | No. 2:11-cv-623-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

This matter was before the court on September 21, 2016, for hearing on defendant's motion to compel plaintiff to appear for deposition and produce documents. ECF No. 104. Assistant United States Attorney Bobbie Montoya appeared on behalf of defendant; attorney Mark Gallagher appeared on behalf of plaintiff.

For the reasons stated on the record, defendant's motion to compel is granted. Plaintiff shall appear for her deposition on October 3, 2016 at 10:00 a.m. at the United States Attorney's Office, 501 I Street, Sacramento, CA 95814, and produce all documents relied upon to prepare for the deposition.

DATED: September 29, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE