PHILLIP A. TALBERT
Acting United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2775
Facsimile:  (916) 554-2900

Attorneys for Defendant/Counter-Claimant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>                    Counter-Claimant,<br><br>          v.<br><br>PEGGY BOYNTON,<br><br>                    Counter-Defendant. | Case No.  2:11-cv-00623 MCE EFB<br><br>STIPULATION AND ORDER TO EXTEND PRETRIAL SCHEDULE DEADLINES |

Plaintiff/Counter-Defendant Peggy Boynton ("Plaintiff") and Defendant/Counter-Claimant United States of America ("Defendant"), through their respective undersigned counsel, hereby agree and STIPULATE, subject to the Court's approval, as follows:

1.      On October 5, 2016, Defendant filed a motion to dismiss for lack of prosecution and noticed it for hearing for November 3, 2016.  ECF 107.  By Minute Order issued November 1, 2016, Defendant's motion was taken under submission.  ECF 111.  On November 2, 2016, the Court issued

a Minute Order, therein noting that Plaintiff failed to file an opposition or statement of non-opposition in violation of E.D. Cal. R. 230(c), and ordered Plaintiff to show cause in writing, not later than ten (10) days following the date the order was electronically filed, as to why Plaintiff's case should not be dismissed with prejudice.  ECF 112.

2.     Under the current scheduling order, expert witness disclosure is due December 5, 2016, and the deadline for dispositive motions is March 23, 2017, and any such motions must be filed at least eight weeks before the hearing, to wit, on or before January 26, 2017.  ECF 103.

3.     Defendant has hired an expert to support its defense of Plaintiff's claim.  Given that Plaintiff's claim could be dismissed, the Government does not want to have to expend hundreds of dollars it is likely to incur in expert discovery-related costs.

4.     Accordingly, the parties hereby agree to a 60-day extension of the expert witness disclosure date and deadline for dispositive motions, subject to the Court's approval, in order to give the Court time to rule on Defendant's motion to dismiss and avoid Defendant having to incur a costly, unnecessary expense.  If said motion is granted, it would moot Defendant's need for its expert witness.

Respectfully submitted,

DATED:  November 10, 2016

CABLE GALLAGHER

*/s/ Mark T. Gallagher*
(authorized by 11/4/16 email)
_____
MARK T. GALLAGHER

Attorney for Plaintiff/Counter-Defendant Peggy Boynton

DATED:  November 10, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Bobbie J. Montoya*
_____
BOBBIE J. MONTOYA
Assistant United States Attorney

Attorneys for Defendant/Counter-Claimant United States of America

## **ORDER**

Finding good cause, the foregoing stipulation between the parties is hereby APPROVED. The deadlines set forth in the Fourth Pretrial Scheduling Order, ECF 103, are extended as follows:

Expert Witness Disclosure:          February 6, 2017

Dispositive Motions:                    June 1, 2017.

All other provisions in the May 19, 2016 pretrial scheduling order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  November 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE