PHILLIP A. TALBERT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2775

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON,<br><br>                      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 2:11-CV-00623-MCE-EFB<br><br>UNITED STATES' REQUEST FOR PAGE-LIMIT INCREASE; ORDER |

      On April 6, 2017, the United States intends to file a motion to dismiss and/or for summary judgment on plaintiff's claim in chief, along with a motion for summary judgment on the United States' counterclaim. Given that two motions will be filed, counsel is concerned that it will be unable to keep its memorandum of points and authorities in support of its motions within the 20-page limit specified by the Court's May 19, 2016 pretrial scheduling order, ECF 103. Accordingly, the United States respectfully requests that its page limitation for these motions be increased to 35 pages. Counsel will make all reasonable attempts to keep its points and authorities as short as possible.

////

////

Respectfully submitted,

DATED: April 4, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Bobbie J. Montoya*

BOBBIE J. MONTOYA
Assistant United States Attorney

Attorneys for United States of America

## ORDER

The United States' foregoing request for a page-limit increase is hereby GRANTED. The United States' page limitation for its memorandum of points and authorities in support of its dispositive motions to be filed on April 6, 2017, is increased to 35 pages.

IT IS SO ORDERED.

Dated: April 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE