IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BOYNTON,<br><br>    Plaintiff, Counter Defendant, and Judgment Debtor,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant, Counter Claimant, and Judgment Creditor,<br><br>AND RELATED COUNTER CLAIM<br><br>WELLS FARGO BANK, N.A.,<br><br>    Garnishee. | Case No.: 2:11-cv-00623-MCE-EFB<br><br>**ORDER TERMINATING CONTINUING GARNISHMENT (BANK, STOCKS OR BROKERAGE ACCOUNTS)** |

    The United States seeks an order pursuant to 28 U.S.C. § 3205(c)(10)(B) terminating the garnishment of defendant Peggy Boynton's Wells Fargo bank accounts (the Application) because garnishee Wells Fargo has no funds belonging to Boynton available to garnish.

///

///

///

///

///

ORDER

The Court, having reviewed the court files and the United States' Application, and finding good cause therefrom, hereby **GRANTS** the Application.  The writ of garnishment issued in this case is hereby terminated pursuant 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

**Dated:**  September 3, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER